UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ROSA H. ORTIZ,                                                         :
:
Plaintiff,                                    :
:   25 Civ. 8131 (JPC)
-v-                                                 :
:   ORDER
COMMISSIONER OF SOCIAL SECURITY,                                       :
:
Defendant.                                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On October 10, 2025, the Court ordered the parties to "discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Sarah Netburn," and either to submit to the Orders & Judgments Clerk a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or file a joint letter "advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent." Dkt. 5.  The docket reflects that the parties have not taken either action.

    By November 21, 2025, the parties shall comply with the Court's October 10, 2025 Order.

    SO ORDERED.

Dated: November 12, 2025
       New York, New York                              _____
                                                       JOHN P. CRONAN
                                                    United States District Judge