USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSA H. ORTIZ,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**STIPULATION AN**
**REGARDING ATT**

Civil Action No.
1:25-cv-08131-SN

(Netburn, M.J.)

The parties, through their attorneys, stipulate that Plaintiff is awarded to $9,865.80 in attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and if Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: November 18, 2026

*/s/ Daniel Berger*
DANIEL BERGER
Attorney for Plaintiff
Ny Disability, LLC.
1000 Grand Concourse, Suite 1-A
Bronx, NY 10451
(718) 588-4715
Fax: (718) 588-7319
Email: danielbergeresq@aol.com

JAMES M. MCDONALD
United States Attorney
Southern District of New York
Attorney for Defendant

By: */s/ Sergei Aden*
SERGEI ADEN
Special Assistant United States Attorney
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore MD 21235-6401
212-264-2026
Sergei.Aden@ssa.gov

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: November 19, 2026
New York, New York